DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIGUEL RIVERA,**
Appellant,

v.

**NYVIA RIVERA,**
Appellee.

No. 4D17-3595

[July 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE11013121 (37/90).

Meah Rothman Tell of Meah Rothman Tell, P.A., Lauderhill, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***